IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Juliette Duran, | : |
| | : |
| | : Civil Action No.: 1:14-cv-06398 |
| Plaintiff, | : |
| v. | : |
| | : |
| Global Travel International, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Juliette Duran ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 6, 2014

                                                                                                     Respectfully submitted,

                                                                                                     PLAINTIFF, Juliette Duran

                                                                                                     By:  /s/ Sergei Lemberg
                                                                                                         Sergei Lemberg, Esq.
                                                                                                         LEMBERG LAW, L.L.C.
                                                                                                          1100 Summer Street, 3rd Floor
                                                                                                           Stamford, CT 06905
                                                                                                          Telephone: (203) 653-2250
                                                                                                          Facsimile: (203) 653-3424

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 6, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Northern District of Illinois Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By /s/ Sergei Lemberg
                                              Sergei Lemberg